IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| GEORGE POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-4143-CV-C-NKL |
| | ) | |
| DARLENE WANSING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 15, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims against "Mailroom Staff." The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against South Central Correctional Center "Mailroom Staff" are dismissed, pursuant to Fed. R. Civ. P. 4(m).

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: December 15, 2005
Jefferson City, Missouri