# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| GEORGE POOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-4143-CV-C-NKL |
| ) | |
| DARLENE WANSING, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 12, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 12, 2006 Report and Recommendation is adopted [66]. It is further

ORDERED that defendants' motion to dismiss is granted, and plaintiff's claims are dismissed for failure to state a claim on which relief may be granted under 42 U.S.C. § 1983.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 9, 2006
Jefferson City, Missouri